IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WAYNE ALLEN DARROUGH, | : | |
| Plaintiff, | : | 1:13-CV-57 (WLS) |
| v. | : | |
| WARDEN MARTY ALLEN, et. al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Recommendation of Dismissal from United States Magistrate Judge Thomas Q. Langstaff, filed April 18, 2013. (Doc. 6.) Plaintiff filed the above-captioned matter pursuant to 42 U.S.C. § 1983. Judge Langstaff recommends that Plaintiff's Complaint (Doc. 1) be permitted to proceed as against all defendants with the exception of the Georgia Department of Corrections, who is not a "person" for the purpose of § 1983. (Doc. 6 at 3-4.) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on May 2, 2013. (*See* Doc. 6 at 4; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation of Dismissal (Doc. 6) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Therefore, Plaintiff's Complaint (Doc. 1) is **DISMISSED** as against the Georgia Department of Corrections. Plaintiff may proceed with his Complaint against Defendants Warden Marty Allen, Deputy Warden Jerry Jefferson, and Deputy Warden Artis Singleton.

2

**SO ORDERED**, this   8th   day of October, 2013.

           /s/ W. Louis Sands
           **THE HONORABLE W. LOUIS SANDS,**
           **UNITED STATES DISTRICT COURT**