**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| WAYNE ALLEN DARROUGH, | : | |
| | : | |
| Plaintiff, | : | 1:13-CV-57 (WLS) |
| | : | |
| v. | : | |
| | : | |
| WARDEN MARTY ALLEN, et. al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is a Recommendation of Dismissal from United States Magistrate Judge Thomas Q. Langstaff, filed April 18, 2013.  (Doc. 6.)  Plaintiff filed the above-captioned matter pursuant to 42 U.S.C. § 1983.  Judge Langstaff recommends that Plaintiff's Complaint (Doc. 1) be permitted to proceed as against all defendants with the exception of the Georgia Department of Corrections, who is not a "person" for the purpose of § 1983.  (Doc. 6 at 3-4.)  No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1).  The objection period expired on May 2, 2013.  (*See* Doc. 6 at 4; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation of Dismissal (Doc. 6) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Therefore, Plaintiff's Complaint (Doc. 1) is **DISMISSED** as against the Georgia Department of Corrections.  Plaintiff may proceed with his Complaint against Defendants Warden Marty Allen, Deputy Warden Jerry Jefferson, and Deputy Warden Artis Singleton.

**SO ORDERED**, this ___8th___ day of October, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**
